```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL MELNITZKY,

                Plaintiff,        07 Civ. 7380 (JGK)

    - against -                CORRECTED ORDER

JONES, et al.

                Defendants.

---

JOHN G. KOELTL, District Judge:

For the reasons stated on the record at the hearing held on **September 27, 2007**, the plaintiff's renewed application for a temporary restraining order is **denied**.

The defendants' time to make a motion to dismiss or answer the complaint is extended to **November 16, 2007**. The defendants' time to respond to the preliminary injunction is extended to **November 16, 2007**. The plaintiff's time to respond to any motion to dismiss and to file any reply in support of his motion for preliminary injunction is extended to **December 7, 2007**. The defendants' time to file any reply in support of any motion to dismiss is extended to **December 18, 2007**.

SO ORDERED.

Dated:    New York, New York
           October 22, 2007

                                            John G. Koeltl
                                  United States District Judge