MICHELE HAUSER
ATTORNEY AT LAW

270 MADISON AVENUE - 13TH FLOOR
NEW YORK, NEW YORK 10016

TELEPHONE: 212-688-8400
FACSIMILE: 212-683-6457

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/07

November 15, 2007

*By Facsimile*
(212) 805-7912
Honorable John Koeltl
United States Judge
United States Courthouse
500 Pearl Street
New York, NY

Application granted.
Briefing adjourned as requested.
Argument rescheduled for January 11, 2008 at 2:30 p.m.
So Ordered.

/s/ JGK
11/15/07, U.S.D.J.

Re:  *Melnitzky v. Jones and Horan, et al.*
     07-CV-07380

Dear Judge Koeltl:

Yesterday I telefaxed to chambers my Notice of Appearance on behalf of the defendants in the above matter and my letter requesting additional time to answer or move against the complaint. Copies, except for minor typographical corrections I have made, of the letter and the Notice of Appearance accompany this letter.

This afternoon I received word from the plaintiff that he consents to the extension. We have therefore agreed, subject to the Court's permission, that the defendants' papers will be served and filed by the close of business November 30, 2007; that Mr. Melnitzky will have until the close of business December 21, 2007 to file his opposition papers; and that the defendants will have until the close of business on December 28, 2007 to serve and file a reply. This means, of course, that if the request is granted we will need a new date for argument.

I note that I am copying Mr. Melnitzky by mail rather than facsimile or hand because that is his preference.

Respectfully yours,

Michele Hauser

cc: *By Regular Mail*
    Michael Melnitzky
    322 East 77th Street
    New York, NY 10021