```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------
MICHAEL MELNITZKY,

                    Plaintiff,             07 Civ. 07380 (JGK)

        - against -                        ORDER

JONES, et al.

                    Defendants.
-------------------------------------
```

JOHN G. KOELTL, District Judge:

The defendants' reply with respect to the motion to dismiss and their responses with respect to the plaintiff's motion for a preliminary injunction and motion for judgment on the pleadings should be submitted by **January 25, 2008**. The plaintiff should submit replies with respect to the motion for a preliminary injunction and the motion for judgment on the pleadings by **February 8, 2008**. Discovery is **stayed** pending a decision on the motions.

SO ORDERED.

Dated:   New York, New York
         January 15, 2008

                                            /s/ John G. Koeltl
                                            John G. Koeltl
                                            United States District Judge