UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL MELNITZKY,

                Plaintiff,      07 Civ. 07380 (JGK)

   - against -                ORDER

JONES, et al.

                Defendants.

JOHN G. KOELTL, District Judge:

    The plaintiff's time to reply to the defendants' motion for a preliminary injunction and motion for judgment on the pleadings was previously extended to Friday, **February 22, 2008**.

SO ORDERED.

Dated:   New York, New York
          February 14, 2008

                                        John G. Koeltl
                                United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/08